IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fremgen, Carl A | Case Number: 07 B 15558 |
|---|---|---|
| | Fremgen, Christine A | Judge: Squires, John H |
| | Printed: 12/28/07 | Filed: 8/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: December 18, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Indymac Bank | Secured | 0.00 | 0.00 |
| 2. | Indymac Bank | Secured | 27,693.36 | 0.00 |
| 3. | Indymac Bank | Secured | 4,240.20 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 620.26 | 0.00 |
| 5. | Capital One | Unsecured | 73.09 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 964.43 | 0.00 |
| 7. | Target National Bank | Unsecured | 212.27 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 806.13 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 850.03 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 800.56 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,334.69 | 0.00 |
| 12. | Chase Bank USA NA | Unsecured | 47.66 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 6.09 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 515.34 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 621.00 | 0.00 |
| 16. | B-Real LLC | Unsecured | 650.39 | 0.00 |
| 17. | Commonwealth Edison | Unsecured | 31.27 | 0.00 |
| 18. | B-Real LLC | Unsecured | 2,742.30 | 0.00 |
| 19. | B-Real LLC | Unsecured | 505.13 | 0.00 |
| 20. | Portfolio Recovery Associates | Unsecured | 46.16 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 882.62 | 0.00 |
| 22. | Portfolio Recovery Associates | Unsecured | 204.72 | 0.00 |
| 23. | Portfolio Recovery Associates | Unsecured | 731.16 | 0.00 |
| 24. | Resurgent Capital Services | Unsecured | 553.91 | 0.00 |
| 25. | Wells Fargo Financial Illinois Inc | Unsecured | 110.82 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fremgen, Carl A | Case Number: 07 B 15558 |
|---|---|---|
| | Fremgen, Christine A | Judge: Squires, John H |
| | Printed: 12/28/07 | Filed: 8/28/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Village of Brookfield | Secured | | No Claim Filed |
| 27. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 28. | Advance Psych Services | Unsecured | | No Claim Filed |
| 29. | AT&T | Unsecured | | No Claim Filed |
| 30. | Awarre One Receivables Management | Unsecured | | No Claim Filed |
| 31. | Adventist La Grange Memorial Merchants | Unsecured | | No Claim Filed |
| 32. | Gloria Kamer | Unsecured | | No Claim Filed |
| 33. | Credit Collection | Unsecured | | No Claim Filed |
| 34. | John P Frye, P.C. | Unsecured | | No Claim Filed |
| 35. | First National Bank Of Brookfield | Unsecured | | No Claim Filed |
| 36. | Hinsdale Orthopedic Assoc. S.C | Unsecured | | No Claim Filed |
| 37. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 38. | Verizon Wireless | Unsecured | | No Claim Filed |
| 39. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 40. | Nicor Gas | Unsecured | | No Claim Filed |
| 41. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 42. | Riveredge Hospital | Unsecured | | No Claim Filed |
| 43. | Women's Healthcare Of Hinsdale | Unsecured | | No Claim Filed |
| 44. | Oak Tree Pre-School | Unsecured | | No Claim Filed |
| 45. | YMCA | Unsecured | | No Claim Filed |
| 46. | Robert J Becker Md | Unsecured | | No Claim Filed |
| 47. | VHS Of Illinois, Inc | Unsecured | | No Claim Filed |

$ 45,243.59          $ 0.00

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_(signature)_